C4

RECEIVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

OCT 1 2009
Oct 1 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Virgil C. Robinson

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Detective
Curtis Thomas
Star # 20199
Area 2 SVU division

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

09 C 6132
Judge Milton I. Shadur
Magistrate Judge Arlander Keys

Case No: 07CR-22659
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Mr. Virgil C. Robinson

B. List all aliases: _____

C. Prisoner identification number: 2007-007-8972

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 Chgo. IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Curtis Thomas star #20199

Title: Detective

Place of Employment: Chicago Police Dept. Area 2 SVU div.

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: None

B. Approximate date of filing lawsuit: None

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

D. List all defendants: None

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): None

F. Name of judge to whom case was assigned: None

G. Basic claim made: None

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): None

I. Approximate date of disposition: None

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) On 10-16-07 I was arrested and charged with one count of violating the armed habitual criminal statue, three counts of home invasion, six counts of aggravated unlawful use of a weapon, two counts unlawful use of a weapon by a felon and two counts of domestic battery. In the midst of my arrest I wasn't informed of my maranda rights. Later being interviewed by det. Curtis Thomas I explained to him that I was innocent of the charges bring forth. During the course of the case being sworn in as the only witness to the case at the grand Jury indictment. The grand Jury on 10-29-07 wasn't presented with any evidence. Which is routinely used in seeking a true bill. I've been fighting this case for 23 months. In addition to fileing a motion to dismissed the indictment 6-23-08.

4

On 9-24-08 the honorable Judge Thomas Davy granted the motion. The Assistant state's Attorney Donna J. Norton Assigned to the case maliciously in pursuance to prosecute the case. Filed a Certificate of Substantial Impairment on 9-24-08 Soon after, a notice of appeal was filed 9-24-08 from the Circuit Courts Judgement.

On 10-29-08 to testify was det. Curtis Thomas star #20199 from the Chicago Police department. The grand jury was presented with opposite information than what is not contained in the actual grand jury indictment. A grand jury's function is to return an reject any indictment against a person only when the evidence presented to it indicates that he or she has committed a public offense. I still await for a decision to be reached from the appellate courts an entire year later. After Ms. Norton's flawed effort to aggressively prosecute me after my motion was granted.

5

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Yes I would like to be compensated for my pain an suffering, Mental anguish, defimation of character. Physical an emotional strain with the family and the loved ones ive lost. As well as the malicious prosecution. I ask the courts to rule in my favor for the Judgement of $500.000 in damages.

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _Sept_ day of _2_, 20_09_

_Virgil Robinson_
(Signature of plaintiff or plaintiffs)

_Virgil Robinson_
(Print name)

_2007-007-8972_
(I.D. Number)

_6834 So. California Ave._
_Chicago Illinois, 60629_
(Address)

6